Before: COLE, SUTTON, and COOK, Circuit Judges.

PER CURIAM.

Eugene Pallisco appeals the district court's dismissal of his suit against the defendants[1] for failure to state a claim upon which relief can be granted. Having reviewed the record and the applicable law, and having the benefit of oral argument and the parties' briefs, we determine that no jurisprudential purpose would be served by a panel opinion and affirm the district court's decision for the reasons stated in that court's opinion.

Before: COOK and McKEAGUE, Circuit Judges; and EDGAR, District Judge.[*]

PER CURIAM.

Nancy Figueroa appeals the district court's judgment against her on her claims of discrimination, retaliation, and violations of the Family Medical Leave Act, the Federal Employee Compensation Act, and the Federal Tort Claims Act. Having reviewed the record, the applicable law, and the parties' briefs, we determine that no jurisprudential purpose would be served by a panel opinion and affirm the district court's decision for the reasons stated in that court's opinion.

**Nancy FIGUEROA, Plaintiff–Appellant,**

v.

**UNITED STATES POSTAL SERVICE, Defendant–Appellee.**

No. 06–3770.

United States Court of Appeals, Sixth Circuit.

March 21, 2007.

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Joseph E. KENNEDY, Defendant– Appellant.**

No. 06–3029.

United States Court of Appeals, Sixth Circuit.

March 21, 2007.

---

1. On June 26, 2006, in light of David Nielsen's settlement with Pallisco, this court ordered Nielsen dismissed from this appeal.

* The Honorable Robert Allan Edgar, United States District Judge for the Eastern District of Tennessee, sitting by designation.